# <u>Exhibit 3</u>

Georgia Tech | Student Integrity
Division of Student Affairs

# TITLE IX & STUDENT SEXUAL MISCONDUCT POLICY FINAL INVESTIGATION REPORT WITH OUTCOME

**RE:** Victim & Respondent

**DATE:** May 13, 2015

**PRI INVESTIGATOR:** Peter Paquette, Assistant Dean of Students/Director, OSI

---


SUMMARY

On April 15, 2015, Georgia Tech received the following report of sexual misconduct: Victim alleges that on April 30, 2014, Respondent initiated sex with him while he was incapable of giving consent due to incapacitation resulting from alcohol consumption.


**PERSONS INTERVIEWED:**

1. Victim, April 15, 2015, April 29, 2015, & May 7, 2015 (phone follow-up)
2. Respondent, April 20, 2015 & May 1, 2015
3. Informant 1, April 21, 2015
4. Informant 2, April 21, 2015
5. Informant 3, April 23, 2015
6. Informant 4, April 23, 2015
7. Informant 5, April 27, 2015
8. Informant 6, April 27, 2015

**DOCUMENTS REVIEWED:**

- FaceBook Messages between Victim and Respondent provided by Victim

**Victim Account of Events**

I met with Victim on Wednesday, April 15, 2015 at 1PM in my office. Victim chose to not have an advocate accompany him but did state that he had been referred to OSI by Victim Advocate, Colleen Riggle, whom he met with earlier in the week.

Victim states that he joined the GT Marching Band last year and in Spring of 2014 he also joined Kappa Kappa Psi, the Band Fraternity. Victim states that through the Band and Fraternity he met Respondent. Victim stated he had a romantic interest in Respondent, and had expressed that to Respondent. Victim stated that on April 30, 2014, he, Informant 1 and Informant 4 went to Respondent's residence in Home Park after the Marching Band's annual roving performance during finals week. Victim states that he is aware that Respondent had roommates at that time, but is unaware if they were home.

Victim stated that throughout the course of the night they had consumed a considerable amount of alcohol and while they were drinking Respondent was sending him Facebook messages on his phone stated he wanted to hook up with him again. Victim stated they had hooked up once prior. Victim stated that he became increasingly intoxicated and went outside to vomit. Victim stated he vomited outside and that Respondent came up to him and rubbed his clothed erect penis up against Victim. Victim stated that Respondent wanted to engage in sex outside, but Victim went inside and did not wish to engage in sex outside. Victim states that Respondent followed him inside where Victim became ill again from alcohol and vomited in the bathroom. Respondent closed the door to the bathroom telling Victim to take his time.

Victim stated that when he left the bathroom the door to the living room had been closed and he was led into the bedroom. Respondent left and went into the bathroom before coming back in a few minutes later. Victim stated that while in the room that his memory of what transpired is very blurry due to intoxication, but that he recalled that both he and Respondent performed oral sex on each other. Victim states he believed he then passed out, but was awoken about 2-3 hours later. Victim states at this point that both he and Respondent were fully naked and that he was awoken by Respondent rubbing his erect penis against him. Victim states that oral sex ensued again.

Victim stated that while these acts were occurring in Respondent's bedroom that Informant 1 and Informant 4 were sleeping on the couches in the living room. Victim states that at 5:30 or 6AM he got out of bed, got dressed, and laid on one of the couches in the living room until Informant 1 and Informant 4 woke up. Victim states that he then drove them home and returned to his room at Woodruff Hall.

Victim stated that for a considerable period of time he tried to forget what happened and did not view it as assault. He stated he also deleted the Facebook messages to try to forget about the incident and convince himself the act was not assault. Victim stated that he had brief conversation with his friend Informant 2 a few days after the incident stating that something happened that he was uncomfortable with, and Informant 2 suggested he talk with Respondent about the event to get clarity. Victim stated he spoke with Respondent and Respondent made it clear he was not interested in a relationship with Victim. Victim stated that he and Respondent had occasional communication via social media but didn't see each other throughout that summer. He stated that at the beginning of fall semester Respondent sent a snap chat asking if Victim was drunk and to come over, but Victim ignored this. In December while on a fraternity retreat, Respondent again sent Victim a snapchat that said that he wanted him to sleep with him. Victim again ignored him and blocked him on snapchat.

Victim stated that in February of 2015 he was sitting with bandmates in the cafeteria at lunch with Informant 1 and friend Informant 2. Victim stated that Respondent came up to them at the table and stated he was planning on getting a candidate (pledge in the band fraternity) drunk and "up his advances" on him in reference to [name redacted]. Informant 2 asked if it was considered hazing in a joking manner and Respondent stated that it would be hazing if he treated him differently than he did before. Victim did not know what he meant by this. Victim was upset by this incident and told Informant 3, who was [name redacted]'s big in the fraternity making sure that [name redacted] avoided Respondent. Victim was also prompted by this incident to notify his roommates [name redacted] and Informant 5 about the sexual assault.

After this event he had an extended Facebook conversation with Respondent stating that Victim engaged in sexual acts with him without consent and that he was very upset with him. Victim showed the text messages to this investigator and agreed to send them as well. In the messages Respondent acknowledges what occurred and apologized for his actions. Victim had unfriended Respondent before this conversation and blocked him afterwards to stop any further interaction. Victim then notified his parents. Victim stated he began seeing a therapist in Roswell at his mother's suggestion.

Victim stated that recently Respondent had expressed his desire to be a drum major for 2015-2016, and when he learned of this and the level of interaction he would have to have with Respondent if he got that position, Victim had a panic attack and left work early at his job at the GT Campus Post Office. This information prompted Victim to contact the Band Director, Christopher Moore, who Victim stated then notified the Dean of Students. Victim stated he also began seeing a psychiatrist here at Georgia Tech and a counselor in the Counseling Center based on this incident and they shared resources with him about reporting this incident. Victim stated he then decided to come forward and share his account of what occurred and believes that Respondent should no longer be at Georgia Tech as a result of this incident.

*On April 15, 2015, this account was sent to Victim to review and verify for accuracy. On April 16, 2015, he verified the above account.*

**Respondent Account of Events**

On Monday, April 20, 2015 at 9AM, I met with Respondent. Respondent was made aware of his option to bring an advisor with him, but chose not to do so.

Respondent states that he is unaware of the reason he was in my office and stated that while he had sexual encounters with Victim twice during the spring of 2014, neither were on the date listed. He did not recall interacting with Victim on that day, but did recall a similar experience which he believes was the weekend prior to exams.

Respondent stated he had several friends over and that both he and Victim had been drinking. He stated that he was looking to hook up with Victim again but that Victim was apprehensive for fear the two friends that came with him would become aware that they were hooking up. Respondent states he and Victim spoke outside and agreed that Victim would go into the bathroom and pretend that he was vomiting and that Respondent would then come into the bathroom to check on him as a way to cover up the fact that they were actually going to meet there. Respondent states that Victim went into the bathroom and Respondent came in shortly after. He is unsure if they kissed in the bathroom but they then went into Respondent's bedroom, which is adjacent. Respondent states that at no point in the night was Victim vomiting and he did not believe Victim to be overly intoxicated. He described his own intoxication as a 5 or 6 out of 10 and Victim's as a 6 out of 10. He states they drank hard alcohol in mixed drinks that evening.

Respondent states that Victim and he engaged in kissing, took off their own clothing, and both performed oral sex on each other one time. Respondent believed these acts to be consensual and Victim spend the night in Respondent's bed with him. The next morning Victim woke up and left, having to be somewhere. Victim's friends Informant 1 and Informant 4 stayed at the house as well and went with him when he left in the morning. Respondent states that he is unaware of his roommates were home while this transpired.

Respondent stated he had no idea that Victim felt uncomfortable with the sexual acts that occurred that night until he came to my office on this day. He says there was no force involved and that everything seemed mutual. Respondent [redacted at respondent's request] so he would never do that. Respondent states that shortly after hooking up he left for summer drum corps and that he and Victim did not become intimate or see each other again. He stated this seemed like a natural ending to their connection. Respondent believes Victim may have been upset that Respondent had just broken up with his boyfriend and that having sexual interactions with Victim was his way of rebounding from his break up.

*On April 20, 2015, the above account was provided to Respondent to review. On April 22, 2015 he verified the account above and provided the following additional information via e-mail*: "I would also like to make it known that before the 'incident' that there was a day where [redacted] came to my house, picked me up in his car to tell me that he had feelings for me after I had broken up with my ex-boyfriend. At that time I told him that I kind of liked him, but was unable to be in a relationship after a painful breakup. I don't remember much else of the conversation because he dropped me off shortly after."

**Informant 1 Account of Events**

I met with Informant 1 on April 21, 2015 at 9:45AM in my office. Informant 1 shared that he is pretty good friends with Victim and Respondent from their joint membership in band. Informant 1 shared that on the night in question, which he is pretty sure was during finals week in late April, 2014. He stated it also could have been the week prior. He stated that that night he, Informant 4 and Victim went to Respondent's off-campus residence. Informant 1 shared that Respondent had other roommates, but the only one home that

evening was [redacted]. Informant 1 shared that [redacted] and Respondent had just broken off their relationship and that it was still pretty awkward between [redacted] and Respondent. As a result [redacted] stayed in his room most of the night.

Informant 1 shared that when they arrived at Respondent's they began drinking right away and that Victim got intoxicated very quickly. Informant 1 shared that Victim was the most intoxicated of the group and would describe Victim's intoxication level at 8 or 9 out of 10. Informant 1 described his own intoxication as a 3 or a 4 out of 10. Informant 1 shared that after a while that Victim became ill due to his alcohol consumption and went outside to vomit. Informant 1 described Respondent's intoxication level as a 2 out of 10 and recalled him taking care of others that night to make sure they weren't too drunk. He stated that Respondent joined him outside and that the two of them were outside for a considerable amount of time. Informant 1 recalled hearing Victim vomit outside and due to their lengthy time out there, he went to check on them. Informant 1 shared that Respondent was near the door and told Informant 1 to go back inside. Sometime in the following months, Victim confessed to Informant 1 that Respondent tried to force himself onto Victim while they were outside together.

A short while later, Respondent and Victim came back inside the house. Victim stated he did not feel well and wanted to go to bed. As they prepared to all go to bed, Victim stated he needed to vomit again and went into the Respondent's bathroom, which is attached to his bedroom. Respondent went into the bathroom and then closed the external bedroom door to the living space where Informant 4 and Informant 1 were. Informant 1 stated that he remained awake for probably another thirty minutes and did not hear Victim vomit while in the bathroom. He said he then fell asleep and was woken up the next morning around 10 or 11AM at which point Informant 1, Victim, and Informant 4 left.

Informant 1 stated that he didn't think about that night again for quite some time but recognized that Informant 1 and Respondent were no longer in contact and were keeping their distance from each other. Informant 1 stated that about 2 or 3 months ago Informant 1 asked Victim whey they were keeping their distance still and Victim responded that Respondent was a disgusting person and that they were not friends. A few days later he had asked Victim if he had seen a recent Facebook post of Respondent's. Victim responded that they do not talk at all. Informant 1 stated that Victim seemed particularly upset so he asked why that was. Informant 1 stated that Victim then informed him that the night of the party in April 2014 that they engaged in non-consensual things and that Victim has been going to therapy because of it.

Informant 1 stated that while he was unaware that anything was non-consensual that it now makes sense to him. He stated that Victim was undeniably intoxicated and there was no way he would have been able to give consent that evening. Informant 1 stated that when Respondent is intoxicated that Respondent often gets emotional and seeks attention from others. He stated this is often through conversation but occasionally sexual as well, yet he does not think Respondent would ever intentionally rape anyone. Informant 1 stated that he could see how Respondent may have persuaded Victim that evening. Informant 1 also identified that it was clear that Respondent had used Victim as a rebound due to his break up with [redacted], which he believes hurt Victim.

When asked about a conversation at the band table involving Respondent's interest in [name redacted], Informant 1 stated he did not recall this conversation but was aware that Respondent was interested in [name redacted]. Informant 1 was aware that Respondent had invited [name redacted] to his house a couple times to drink but was unaware of [name redacted] attended or if anything had transpired between Respondent and [name redacted].

*On April 21, 2015 this statement was sent to Informant 1 to verify its accuracy. He responded the same day and verified the above account.*

**Informant 2 Account of Events**

I met with Informant 2 on April 21, 2015 at 10:30 AM in my office. Informant 2 states that she knows both Respondent and Victim through band and their shared membership in the band fraternity. She states she is closer friends with Respondent than Victim. Informant 2 is also roommates with Informant 3, who is a member of the band and friends with all parties as well. Informant 2 first learned of the allegations when Informant 3 said that Respondent raped someone a few weeks ago. Informant 2 also stated that Victim had been acting strange lately.

When asked to recall the conversation she had with Victim about this incident in April [2014], Informant 2 shared that she believes there was a party at Respondents house and that a week or two after the party she was driving Victim somewhere when Victim began discussing the evening. Informant 2 was unsure of the date of this party, however, and felt it was likely earlier than finals week. Informant 2 shared that Victim informed her that on while at the party at Respondents, Respondent told Victim to go to the bathroom to wait on him while the others went to sleep and that they would then hook up. Victim told Informant 2 that Respondent and he engaged in some sexual play in the bathroom including oral sex before going into the bedroom.

Informant 2 shared that at the time Victim shared these details with her she believed them to be welcomed and consensual as Victim gave her the impression he wished to hook up with Respondent again. Victim had previously expressed a desire to date Respondent as well but knowing that Respondent had just ended a relationship Informant 2 advised Victim to keep his distance and felt he was likely a rebound for Respondent. Informant 2 shared that after this conversation she spoke with Respondent that he needed to clarify the relationship with Victim, and Respondent responded that he had made it clear he had no interest in a relationship with Victim.

Informant 2 shared that Respondent had previously dated [redacted] who was a Georgia Tech student at the time but has since relocated to attend a school in Augusta where he is able to major in Music Education, which he could not do at Tech. She states that [redacted] and Respondent lived together and dated from about January to March 2014. Informant 2 stated that [redacted] then decided he was not sure he was attracted to men any longer and ended the relationship.

When asked about a February 2015 incident in the cafeteria whereby Respondent may have stated that he was going to get [name redacted] drunk and up his game, Informant 2 had no memory of this conversation. Informant 2 stated she does not always remember specific details of conversations, but did not recall this occurring. She stated she was aware Respondent was interested in [name redacted], and that she and Respondent had discussed this. She felt confident that Respondent would respect [name redacted] as straight however, and did not believe he had made advances toward [name redacted].

*On April 21, 2015 this statement was sent to Informant 2 to verify its accuracy. On April 21, she responded verifying the above statement.*

**Informant 3 Account of Events**

I met with Informant 3 at 8:15 AM on April 23, 2015 in my office. Informant 3 is friends with Victim and they lived together during the summer of 2014. Informant 3 stated that she and Victim had a conversation about her ex-boyfriend in High school who abused and sexually assaulted her which prompted Victim to share that he had a sexual relationship with someone she knew. Victim described it to Informant 3 as a fling and that he was quasi-seeing someone but it had turned bad. Victim then described that he had been sexually assaulted by Respondent.

Informant 3 recalled that Victim informed her that he and Respondent were at his house for a small party and that Victim got very drunk and was vomiting in the bathroom. Informant 3 believed that Respondent had been

pressuring Victim sexually all night and explained that Victim does not often engage in sexual acts and Respondent is more sexually active. Informant 3 shared that she believes that Respondent had sexually assaulted Victim by engaging in anal sex with him while Victim was unable to give consent. She stated that Victim was aware that he was a rebound for Respondent, as Respondent had just broken up with his boyfriend [redacted], which Respondent had taken very hard. Informant 3 stated that Victim clearly felt very bad. Informant 3 stated it was clear in her conversation that Victim was very upset about this incident and was unsure how to handle it.

Informant 3 stated she tried to support Victim and that over the summer she is aware that Victim and Respondent exchanged Facebook messages that suggested Respondent wanted to hook up with Victim again. Informant 3 did not recall the specifics of the messages. Informant 3 stated that Victim had been having trouble sleeping and she is aware that he eventually decided to tell his parents that he had been assaulted, which she encouraged him to do. Informant 3 stated that his parents were very upset but supportive, and helped him get therapy. Informant 3 believes Victim's therapist encouraged him to report but that Victim was unsure at first due to the number of shared friends and ways him reporting may impact their friend group.

Informant 3 stated that eventually she thinks Victim just couldn't handle being around Respondent anymore and the stress was getting to him. Informant 3 and Victim discussed his options and she encouraged him to talk to the Women's Resource Center.

Informant 3 also recalled an incident that she believes occurred at the band table over lunch recently whereby Respondent said something about wanting to get sexually involved with [name redacted], a third year in the band. Informant 3 was not present for this event and is unsure if Victim was or if he had been relayed this information later. Informant 3 is [name redacted]'s big in the band fraternity, so she had a conversation with him based on this information and discouraged him from being around Respondent while they were drinking.

*On April 23, 2015, this statement was sent to Informant 3 to verify. Informant 3 responded on April 23, 2015 stated it was accurate.*

**Informant 4 Statement of Events**
I met with Informant 4 on Thursday, April 23, 2015 at 12:45 PM. Informant 4 shared that he is fairly good friends with Victim and knows Respondent pretty well but is not really close with him. He stated that Respondent formerly dated and lived with Informant 4's big brother in the band fraternity, [redacted], so he had pretty frequent contact with him.

Informant 4 first learned of this allegation when he was at a band party with his girlfriend Informant 6 in February of 2015. He stated that Informant 6 had been talking with Victim at the party and that when Informant 6 and Informant 4 went to leave Informant 6 seemed distraught. Informant 6 then shared with Informant 4 that Victim disclosed to her at the party that he had been sexually assaulted by Respondent. Informant 4 was shocked by this news and believed that it happened sometime during the late spring/early summer of 2014. Informant 4 is fairly sure that Informant 6 and Victim haven't discussed this event since he disclosed it to her in February.

Informant 4 then shared an account of a time that he was hanging out with Victim and his roommate Informant 5 during a gathering at their off-campus house. Victim was going to head outside and Informant 5 stopped him stating that he shouldn't go out there now. Informant 4 now thinks this may have been associated to the allegation in question but at the time didn't think much of it.

When asked about a potential party he attended at Respondent's house in April of 2014, Informant 4 stated he had been drinking at that house a number of times as his big brother in the band fraternity, [redacted], lives

there. Informant 4 began recalling events of that night and stated that he recalled sleeping on a couch in the living room that night and that Informant 1 slept on the other couch. He recalled Victim driving them home the next morning around 9 or 10ish. He stated that he did recall Victim being a bit sick or out of sorts the next morning, and at the time he attributed it to being hungover.

Informant 4 stated that he vaguely recalled Victim going into Respondent's room that evening and he recalled Victim drinking quickly and heavily when they first arrived at Respondent and [redacted]'s house. He stated that he recalled Informant 4 and others cutting Victim off about two hours before everyone went to bed due to how much he had to drink so quickly. Informant 4 doubted that Victim would have been blacked out that night but was pretty sure that Victim had vomited. He believes that Victim may have vomited outside and went through Respondent's room to access his direct door to the parking area of the house, or he may have gone out the front of the house.

Informant 4 stated he didn't recall if Respondent was intoxicated that evening or not. Informant 4 stated that since he was closer to [redacted], and since [redacted]and Respondent lived together but had just broken up, that Informant 4 was more in tune with what [redacted]was doing that evening than Respondent.

*On April 23, 2015 this summary was sent to Informant 4 to verify. On April 23, 2015, Informant 4 verified the above account.*

**Informant 5 Account of Events**
On Monday, April 27, 2015 I met with Informant 5 at 9:15AM in my office. Informant 5 shared that he is roommates with Victim and that he also knows Respondent pretty well from the band fraternity. Informant 5 shared that he could tell something was bothering Informant 5 and that he and another roommate tried to figure out what it was. They confronted Victim but he stated that he would share the details when he was ready.

Informant 5 shared that sometime in October or November (2014) Victim shared with Informant 5 that Victim had a brief relationship with Respondent. Victim informed Informant 5 that there was a party at Respondent's house and that Respondent told Victim he was not fit to go home, presumably due to intoxication. Informant 5 shared that because of this Victim stated at Respondent's place and that Respondent took advantage of him sexually despite Victim saying he did not want to.

Informant 5 shared that when Victim told him this information that he was embarrassed and that he believes Victim finally felt the need to legitimatize what happened to him so he brought the information forward. Informant 5 shared he has never parties with Respondent, but has heard that he becomes aggressive when drunk, but otherwise is a fairly goody and playful person.

*On April 27, 2015, the above account was sent to Informant 5 to verify its accuracy. Informant 5 has not yet responded.*

**Informant 6 Account of Events**
I met with Informant 6 on Monday, April 27, 2015 at 1:15 PM. Informant 6 is Informant 4's girlfriend and stated that she was at a party in early March of this year and Victim pulled her aside to tell her that he had been sexually assaulted by Respondent and was in therapy as a result. Informant 6 believes that Victim was at another party prior to coming to the one she was at, and believes he saw Respondent there which is what motivated him to disclose this information to her. Informant 6 stated she has known Victim for a year and that Victim is her big brother in their band fraternity.

Informant 6 stated that Victim did not disclose a lot of details about what transpired when he was assaulted but he shared that it was last spring (2014) and that Victim was very intoxicated. Informant 6 recalled that

Victim stated he was either forced into Respondent's room or forced to stay there. Informant 6 stated that at this point she believed that Victim had not told his family or many people but had been seeing a therapist. Informant 6 offered her support and Victim stated he was doing okay.

Informant 6 stated that when Victim informed her of the sexual assault that he seemed sober and that Victim was not the kind of person to lie. Informant 6 stated she fully believed Victim. Informant 6 stated she knows Respondent fairly well also, as he is her section leader in band. Informant 6 stated she has hung out with Respondent quite a bit and while intoxicated Respondent would often discuss his expansive sexual endeavors.

*On April 27, 2015, this statement was provided to Informant 6 to verify its accuracy. On April 30, 2015, Informant 6 responded stating the above statement was accurate.*

**Victim Follow Up**
On April 29, 2015 at 10:30 AM I met with Victim to allow him to review this report and respond. After reading the report he identified the following as points of clarification

- On the morning after the alleged sexual assault Victim stated he left Respondent's room early in the morning. Likely around 6AM, immediately following the second instance of oral sex. Victim stated he was unable to go back to sleep and that this second instance of oral sex occurred because Respondent rubbed his erect penis against him while he was sleeping and initiated oral sex for the second time that night. He stated that after departing Respondent's room he slept on the third couch in the common room which was empty. Informant 4 and Informant 1 were asleep on the other couches and Victim slept there for a few more hours until Informant 4 and Informant 1 woke up and they departed.

- Victim shared he was drinking hard alcohol (mixed drinks) at Respondent's house on the night in question.

- Victim reiterated that.he did vomit outside earlier that evening and while Respondent may not have witnessed him vomiting, he did recall Respondent coming out of the house while Victim was still hunched over and spitting; having just finished vomiting. Victim felt confident that Respondent was aware that he had vomited that evening both outside and in the bathroom.

- Victim denied any jointly-constructed plan between he and Respondent regarding pretending Victim was ill so that they could engage in sexual acts in the bathroom without other party guests suspecting anything. Victim believed that Respondent fabricated this explanation.

- Victim reiterated that there were no sexual acts that occurred in the bathroom.

- Victim explained that he did not inform Informant 3 that he had been sexually assaulted, as he was not comfortable using that language until recently (in reference to his conversation with her shortly following the event). He reiterated that he told her about vomiting and about Respondent rubbing his erect penis against him.

- Victim stated that prior to reading this report he was unaware that Informant 2 and Informant 3 had discussed the incident and that Informant 3 had informed Informant 2.

- Victim stated that he is confident that Informant 2 recalled the incident at the band table involving [name redacted] and that she was not forthcoming with the investigator in her interview due to her close friendship with Respondent.

- Victim reiterated that the incident at the band table happened the way he recalled and that Respondent stated he was going to get [name redacted] drunk and up his advances.

**Relevant Issues Agreed Upon**

- Victim went to Respondent's house in late April, 2014 with friends
- At this party Victim consumed a large amount of alcohol
- At this party Victim went outside for a period of time with Respondent
- At this party Victim then went inside and went into the bathroom
- Victim and Respondent engaged in oral sex later that night
- Victim spend the night at Respondent's house
- In February of 2015 Victim and Respondent exchange text messages where Victim informs Respondent that "I told you I was too sick to have sex last year and you locked me in your room." To which Respondent responded "I don't remember that. I was too drunk. I'm sorry. I was in a bad place."

**Relevant Issues in Dispute**

- Victim states he was intoxicated and vomited outside. Informant 1 supports stating he heard Victim vomiting. Respondent stated Victim did not vomit outside.
- Victim states that when he went into the bathroom inside after vomiting outside, that he stated to the group that he was ill due to drinking and needed to vomit in the bathroom. Respondent denies this and states that going into the bathroom was agreed upon by both of them.
- Victim states he then also vomited in the bathroom adjacent to Respondent's bedroom. Respondent states there no vomiting and that Victim and he had agreed, while outside, that they would tell the other party guests that Victim was ill and needed to use the bathroom so that Respondent could check on him and they could then hook up without guests knowing.
- Victim stated he and Respondent engaged in oral sex twice, both times while he was too incapacitated to give consent. Respondent only recounted one instance of oral sex and believed it to be consensual.

Based on all the information gathered, Respondent was notified on April 28, 2015, that he is facing the following charge(s) from the GT Student Sexual Misconduct Policy:

- **2. Non-Consensual Sexual Intercourse:** including, but not limited to, anal, oral or vaginal penetration, however slight. Examples may include, but are not limited to rape (sexual intercourse without consent), sexual penetration with an object without consent, and/or oral or anal intercourse without consent. *Specifically, it is alleged that Respondent was aware that Victim was incapable of giving consent yet engaged in oral sex with Victim without consent.*

- **7. Coercion:** The intentional use of force or intimidation (i.e. threats) to obtain compliance for an otherwise unwanted act. Coercion may be determined by the repetition of the activity beyond what is reasonable, the degree of pressure applied, or environmental factors such as isolation or the initiator's knowledge of incapacitation by alcohol and/or other drugs. Examples may include, but are not limited to repeatedly providing alcohol drinks to a victim or potential victim, isolating a victim or potential victim and/or providing false information to entice a victim or potential victim. *Specifically, it is alleged that Respondent applied pressure to engage in sexual acts, and using Victim's intoxicated state to his advantage, isolated Victim to engage in sexual acts with him.*

**Final Meeting with Respondent**

On Friday, May 1, 2015 at 9AM I will meet with Respondent so that he can review this report and respond to the charges outlined above. Respondent brought up the following concerns:

- Respondent denies that oral sex happened twice while in the bedroom. He states it happened just one time.

- Respondent denies rubbing himself against Victim while outside, nor was he erect when he got outside. He states that Victim grabbed his penis through his clothing and begin rubbing it, which made him erect. He states this was the reason that he had to return inside after Victim, to allow time for his erection to end.

- Respondent stated that Victim was the individual who suggested sexual acts outside, not Respondent. Respondent stated that it was too public and that he never wanted to do that when Victim asked.

- Respondent believes that Victim's story has changed multiple times. When asked for examples of it changing he stated that Victim drew attention to stories from other informants, which I shared that it is not uncommon for informants to only have limited details of events and that all information shared is shared in this report, despite it being relevant or not. Respondent shared that in addition, he felt that Victim changed his story about vomiting in the bathroom, and is adding information to support that (Respondent states that Victim never vomited in the bathroom). Respondent also stated that details about being locked in the bedroom have changed and that Respondent never restricted Victim from departing the room.

- Respondent affirms that at no point throughout the entire evening did he witness Victim vomit or have awareness that he vomited. He also stated he did not believe Victim to be blacked out that evening, as he has seen him in that state before and when he is he often does goofy and strange things such as poor water on people and other odd actions.

- Respondent states that when Victim stated "he didn't feel well and wanted to go to bed" that that was accurate and that part of the agreement they made outside. Respondent states this occurred because Informant 1 had also expressed that he was interested in Respondent, so Victim did not want to hurt Informant 1's feelings and wanted to make sure that they made out in private.

- Respondent stated that based on the Facebook messages he and Victim were exchanging that evening he felt both parties wanted to engage in sexual acts. He felt that those, in addition to Victim's non-verbals suggested consent and he believed in good faith that he had consent due to Victim being coherent and actively engaged, and never seemed uncomfortable. Respondent stated that he recalled Victim seeming insecure and asking questions such as "is it okay that I'm hairy" but never expressed discomfort or lack of consent. Respondent reiterated there was no force involved. In addition, Respondent states that at one point while they were engaged in oral sex that Victim asked Respondent to perform anal sex on him. Respondent denied, as he had never had anal sex before and was not interested in doing so.

- Respondent states that the conversation at the band table in February of 2015 whereby Victim stated that Respondent was going to get [name redacted] drunk and up his advances never happened. Respondent stated that since he is confident that Victim is lying about this incident, that it is likely that Victim is fabricating other details as well.

- Respondent stated inconsistencies in Informant 1's account. Specifically, he stated that Informant 1 stated that when "Respondent is intoxicated that Respondent often gets emotional and seeks attention from others." However, Informant 1 also stated that Respondent was only a 2 out of a

10 scale on his level of intoxication that evening.

- Being the first time Respondent had seen Victim's account of events, he reiterated that Victim and his story follow each other that evening regarding going into the bathroom. Respondent also reiterated that when he first told his story to this investigator, that he was unaware of what was alleged, and told the story strictly from his memory, having no time to fabricate any details.

- Respondent believes that Victim's motive for bringing this complaint forward is that he was hurt because Victim was a rebound for Respondent after Respondent broke up with [redacted]. Respondent believes bringing this complaint forward is an act of revenge by Victim that started when Informant 2 told him that he was just a rebound for Respondent. He states that he feels Victim's story is very practiced and that he thinks of the course of the year that has passed he created this version of events to get back at Respondent.

- Respondent denies sleeping naked that evening and states he has never slept naked.

- In addition, Respondent believes that Victim is aware that Respondent cannot come out to his parents so Victim is using this sexual act against him.

- Respondent stated that in Informant 4's event whereby he states that Victim had to be cut off from drinking early, that these individuals drank often at Respondent's house and that it would have been easy for Informant 4 to have confused that night with another night.

- Respondent brought up inconsistencies in Informant 3' account of events, specifically allegation of anal sex and messages over the summer. Those events were not substantiated by anyone else and were not deemed relevant by this investigator.

- Respondent stated that he did not agree upon the bullet that was listed in "Relevant Issues Agreed Upon" that states: "At this party he went inside and went into the bathroom, and stated he was ill due to drinking and needed to vomit in the bathroom." As such, this bullet has been changed accordingly.

- Respondent reviewed the Facebook messages provided by Victim and wanted to make it clear that specific texts were deleted, which is evident by the amount of space between messages. Specific to the text messages Respondent also clarified that:
    a. When he stated he was a "shitty person" that was in reference to breaking up with his ex-boyfriend, [redacted].
    b. When Respondent responded "consider these messages deleted" Respondent stated there were messages that have been deleted that preceded that whereby Victim asked Respondent to delete them.
    c. Respondent willingly admits he was drunk and overly emotional when responding to the Facebook messages provided by Victim.

- In reference to a SnapChat conversation with Victim, Respondent stated that request was for him to share a room while on a fraternity trip, not to sleep together or have sexual relations.

Following this conversation, I contacted Jason Belford in Georgia Tech Cyber Security to ask for assistance in how Respondent could obtain his Facebook messages and text messages from that evening, as those would help clarify events. On Monday, May 4th I shared that information with Respondent via e-mail. On Wednesday, May 6th I followed up to inquire on progress.

**Phone Follow up with Victim**

On May 7, 2015, I called Victim to follow up with him on some of the new information provided to me by Respondent, and to give him a chance to respond to the information that was new. Victim clarified the following points:

- Victim again contends that oral sex happened twice while in the bedroom.
- Victim denied that he suggested any sexual acts occur outdoors
- Victim was aware that Informant 1 had expressed interest in Respondent. Respondent had informed Victim of this prior to the night in question.
- Victim denies that he asked Respondent to perform anal sex on him. He stated he did not recall all of the details of the actions in the bedroom aside from the two oral sex acts.
- Victim clarified that all messages between he and Respondent that night were via FaceBook and not over text, since he was communicating on an ipod touch which had Facebook capabilities but not texting.
- When asked if Victim recalled he and Respondent being naked the following morning, Victim stated they could have had underwear on.
- When asked about the potential for Informant 4 to have remembered cutting Victim off from drinking earlier to have occurred on a different night than the one in question, Victim stated he did not believe he and Informant 4 had been drinking together at that house prior or since these events.
- Victim stated that in Respondent's account of events that Respondent states he had no idea of what Victim was alleging against him, and that Victim does not believe this to be true. Victim states that the Facebook messages he and Respondent exchanged a couple months prior would have made that clear to Respondent.

**Response from Informant 4**

On May 7, 2015, I e-mailed Informant 4 asking him to clarify if there was any possibility that the night he recalled cutting Victim off from drinking could have been misconstrued with another evening and/or if he had consumed alcohol with Victim at Respondent's house prior. Below is his response.

> "Well, I'm almost certain it was the same night; I don't party over there too often; I did visit the house from time to time, but the only times I had ever been at band block for a party that I can recall would have been during band camp at the beginning of the fall semester, and the night in question. It was also one of the first times I had hung out with Informant 1, and I haven't partied with solely , [redacted], and Respondent otherwise - any other times I was there partying it was in larger groups (like the band camp parties I mentioned earlier).
>
> The night I was over there that I discussed during our previous meeting I remember that early in the night [redacted] and I visited one of the other houses in band block to visit two tuba players that lived in that house - I don't think went with us then. We weren't there for very long (half an hour, at most) and went back to Respondent's, and a little while after that is when the events I described in our last meeting happened. I guess I didn't think it was really relevant to the situation as a whole, but maybe that will help verify if it was in fact the night in question."

**Decision**

There was much information provided in this investigation and both the victim and the respondent provide accounts that are reasonable to believe. Specifically, it is reasonable to believe that based on the nonverbal actions of Victim, that Respondent believed he had consent. However, the charge of this investigator, however, is to determine if one of the stories is more likely than not.

The Georgia Tech Sexual Misconduct Policy states that "It is the responsibility of the initiator, or the person who wants to engage in the specific sexual activity, to make sure that he or she has consent from his or her partner(s)." It is the belief of this investigator that Respondent initiated the sexual activity in his bedroom. In addition, this investigator believes that Victim was very intoxicated which more likely than not deemed him incapacitated and incapable of giving consent. Therefore, it is Respondent's responsibility to have been aware of the signs of incapacitation, which other attendees at the party were also aware of, and not initiate sexual acts with an incapacitated person.

While there was not enough information in the case to determine if Respondent violated the provision on coercion (7), the information in this investigation supports that it is more likely than not that Respondent violated the non-consensual sexual intercourse provision (2).