# **Exhibit 4**

Georgia Institute of Technology

Student Conduct Process

Notification of Appeal Decision

June 09, 2015

[redacted]

[redacted]

Dear [redacted]

At the meeting with the Office of Student Integrity, you were found responsible for violating the following provisions of the Student Code of Conduct:

2. Non-Consensual Sexual Intercourse

After careful review, I have decided to overturn the original decision.

As the resolution in this matter was Suspension or Expulsion there are additional options for appeal.

- **For academic cases, Undergraduate Students** may appeal to the Institute President, via the Vice Provost for Undergraduate Education. The Vice Provost for Undergraduate Education will review and make a recommendation to the Institute President. The Institute President's decision will be the final decision of the Institute.
- **For academic cases, Graduate Students** may appeal to the Institute President, via the Vice Provost for Graduate Education and Faculty Affairs. The Vice Provost for Graduate Education and Faculty Affairs will review and make a recommendation to the Institute President. The Institute President's decision will be the final decision of the Institute.
- **For all non-academic cases both Undergraduate and Graduate Students** may appeal to the Institute President, via the Vice President for Student Affairs. The Vice President for Student Affairs will review and make a recommendation to the Institute President. The Institute President's decision will be the final decision of the Institute.

If you are interested in appealing to a higher level of the Institute, contact April Collins, Administrative Professional, Office of Student Integrity, april.collins@vpss.gatech.edu to start the process.

If you fail to submit another appeal this decision is the final resolution of your case and goes into effect immediately.

If this is an academic matter and if necessary, your professor will complete a grade change form, send it to the department chair for a signature, and the department chair is then responsible for forwarding the form to the Registrar's Office. Please contact your professor with further questions regarding your grade.

If any of the above information necessitates clarification, please contact the Office of Student Integrity for assistance at (404) 894-2566.

Sincerely;

Sexual Misconduct Appellate Committee