**Exhibit 5**

Georgia Institute of Technology
Office of the President

July 23, 2015

[redacted]

Dear Mr. [redacted]

I have reviewed the information forwarded regarding the decision by Assistant Dean Peter Paquette to expel you from Georgia Tech, as well as the information provided after the appellate committee determination to rescind the expulsion. Reversal of the original decision must be made based on some compelling reason. These typically fall into one of two categories: either the discovery of new information not previously available that would materially affect the decision, or the failure to properly follow the governing Institute policies or procedures which resulted in an improper decision.

After carefully reviewing the information provided, I find no compelling reason to change Dean Paquette's original decision and as a result am upholding the expulsion.

Should you wish to pursue a further appeal this decision, please refer to http://www.deanofstudents.gatech.edu/osi/pdf/codeofconduct_jan82007.pdf and http://www.usg.edu/regents/bylaws/#VIII or contact the Board of Regents Office of Legal Affairs directly at 404-962-3255.

Sincerely,

G. P. "Bud" Peterson
President

c: J. Stein
P. Paquette
B. Newsome

Georgia Institute of Technology
Atlanta, Georgia 30332-0325 U.S.A.
PHONE 404-894-5051
FAX 404-894-1277

*A Unit of the University System of Georgia* *An Equal Education and Employment Opportunity Institution*