# **Exhibit 6**

BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA

OFFICE OF LEGAL AFFAIRS
270 WASHINGTON ST., SW
ATLANTA, GEORGIA 30334

PHONE (404) 962-3255
FAX (404) 962-3264
USG-LEGAL@USG.EDU

October 15, 2015

[redacted]

RE: Application for Review
Georgia Institute of Technology

Dear [redacted]:

Pursuant to Board of Regents Policy 8.6 Application for Discretionary Review, your application was considered by a committee convened by this office. This committee was composed of me; the Associate Vice Chancellor for Academic Affairs; Vice Chancellor for Human Resources; and Vice Chancellor for Student Affairs

Please be advised that after review and careful consideration, the committee has decided to vacate President Peterson's decision and remand your application to the institution for further proceedings. Georgia Institute of Technology Title IX Coordinator J. Burns Newsome will be in contact with further instructions.

Sincerely,

Nels Peterson
Vice Chancellor for Legal Affairs

NP/kat

c: President G.P. "Bud" Peterson
Managing Attorney Kate Wasch
Title IX Coordinator J. Burns Newsome