**Exhibit 7**

**Georgia Institute of Technology**

Office of the President

MEMORANDUM

**To:** John Stein, Dean of Students

**Cc:** [redacted]

**From:** G. P. "Bud" Peterson, President

**Date:** October 29, 2015

**Subject:** [redacted] – Board of Regents (BOR) Appeal

---

As you may know, Mr. [redacted] appealed my decision to the BOR. Mr. [redacted] application was considered by a BOR committee. The Committee vacated my decision and remanded the application back to Georgia Tech for further proceedings.

Please remand this appeal to the Appellate Committee for reconsideration under the Appeals provisions of the Student Sexual Misconduct Policy. In determining whether there was sufficient evidence to support the initial finding of Non-Consensual Sexual Intercourse the committee should review, among other relevant factors, whether consent was effectively given as required by the Policy:

*"Consent" consent means informed, freely and actively given, mutually understandable words or actions which indicate a willingness to participate in mutually agreed upon sexual activity. Consent is not effectively given if the agreement results from the use of physical force, threats, intimidation, or coercion. Consent is absent when a person has sexual contact with another when the initiator knew, or reasonably should have known, that the other person(s) is incapacitated.*

***What Consent Means***

- *Consent begins when individuals decide together to do the same thing, at the same time, in the same way, with each other. It is the responsibility of the initiator, or the person who wants to engage in the specific sexual activity, to make sure that he or she has consent from his or her partner(s).*
- *Consent to one form of sexual activity does not necessarily imply consent to any other form of sexual activity.*
- *The initiator must obtain consent at every stage of sexual interaction.*
- *Consent will exist when both of these standards are met:*
    - *a reasonable person would consider the words or actions of the parties to have manifested an agreement between them to do the same thing, in the same way, at the same time, with one another; and*
    - *the Student believed in good faith that the words or actions of the parties to have manifested an agreement between them to do the same thing, in the same way, at the same time, with one another.*

Georgia Institute of Technology
Atlanta, Georgia 30332-0325 U.S.A.
PHONE 404-894-5051
FAX 404-894-1277

*A Unit of the University System of Georgia* *An Equal Education and Employment Opportunity Institution*

- *Consent may never be given by incapacitated persons.*
    - *Incapacitation refers to the victim's inability to understand the situation, understand the consequences of his/her choices, or to express his/her desires. This may include, but is not limited to, intoxication, being under the influence of drugs, unconsciousness, or other cognitive impairment, or being under the age of consent in accordance with Georgia state law.*

***Additional Clarifying Rules of Consent:***

- *A person who is the object of sexual aggression is not required to physically or otherwise resist a sexual aggressor.*
- *Silence or passivity may not be considered consent; the absence of "No" does not imply consent.*
- *Previous sexual relationships or the existence of a current relationship with the Respondent does not imply consent.*
- *Consent cannot be implied by attire, or inferred from the giving or receiving of gifts, money or other items.*
- *Consent to sexual activity may be withdrawn at any time, as long as the withdrawal is communicated clearly. Withdrawal of consent can be done in numerous ways and need not be a verbal withdrawal of consent.*
- *The Respondent's intentional use of alcohol/drugs does not excuse a violation of policy.*

Please let me know if you have any questions.