# Exhibit 8

Georgia Institute of Technology
Director of Compliance Programs

**Via Electronic Mail**

November 10, 2015

[redacted]

Dear Mr. [redacted]

The Appellate Panel has reviewed the information you submitted regarding the decision by Assistant Dean of Students/Director of Student Integrity, Peter Paquette to find you responsible for violating the Student Sexual Misconduct Policy **2. Non-Consensual Sexual Intercourse** on May 13, 2015.

As you were informed, the Appellate Committee has recommended to the President that the original decision and sanction be upheld. In accordance with the President's determination, the committee's recommendation will be forwarded to the President for his review and final action.

If you wish to do so, you may supplement your original submission to the President. Any supplementary materials must be submitted within five (5) days of today and should be forwarded to the attention of Ms. April Collins in the Office of Student Integrity.

Sincerely,

Burns Newsome
Director of Compliance Programs

/mrr

C: C. Appel-Silbaugh
P. Paquette
J. Stein

760 Spring Street, NW
Suite 324
Atlanta, Georgia 30332-0495
PHONE: 404.385.5151
FAX: 404.894.3120