# <u>Exhibit 9</u>

Georgia Institute of Technology
Office of the President

November 30, 2015

[redacted]
Sent via email: [redacted]

Dear Mr. [redacted]

I have received and reviewed your appeal of the Appellate Committee's decision dated November 5, 2015.

After reviewing this matter and in consultation with the Vice President of Student Life/Dean of Students, I conclude that the investigation and appellate process was conducted fairly and in conformity with prescribed procedures. Therefore, I am upholding the Appellate Committee's Decision.

If you choose to apply to Board of Regents for review of this decision, please refer to http://www.usg.edu/policymanual/section8/C2363 and or contact the Board of Regents Office of Legal Affairs directly at 404-962-3255.

Sincerely,

G. P. "Bud" Peterson
President

c: J. Stein
P. Paquette
B. Newsome
E. Black

Georgia Institute of Technology
Atlanta, Georgia 30332-0325 U.S.A.
PHONE 404-894-5051
FAX 404-894-1277
A Unit of the University System of Georgia An Equal Education and Employment Opportunity Institution