# Exhibit 10

Georgia Institute of Technology

| | |
|---|---|
| TO: | President Peterson |
| FROM: | John M. Stein, Interim Vice President for Student Affairs/Dean of Students |
| REF: | Appeal Non-Academic Suspension for [redacted] |
| DATE: | July 20, 2015 |

[redacted] (alleged victim) is appealing the decision made by the appeals committee comprised of Associate Dean of Students, Cara Appel-Silbaugh, Dr. Bruce Walker and Dr. Christine Valle to overturn the disciplinary expulsion decision of Mr. [redacted]. This decision was originally made by the Office of Student Integrity, specifically by Peter Paquette, Assistant Dean/Director of the Office of Student Integrity. After reviewing the appeal letter from [redacted] and the entire case file, I recommend that the original decision of disciplinary expulsion be upheld.

Please note that I originally remanded the file back after review due to the fact that Mr [redacted] admits in a note dated June 17, 2015 that his parents wrote the appeal letter. However, upon review from Kate Wasch in GT Legal and Burns Newsome, Director of Compliance, it was agreed upon that the appeal letter was sufficient to move ahead with a decision.

Please let me know if you have any questions.

Office of the Dean of Students
Division of Student Affairs
353 Ferst Drive, Suite 210
Atlanta, Georgia 30332-0285
PHONE 404.894.6367 FAX 404.894.9928
www.deanofstudents.gatech.edu

*A Unit of the University System of Georgia An Equal Education and Employment Opportunity Institution*