## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **JOHN DOE,** | : | |
| | : | **Civil Action No:** |
| **Plaintiff,** | : | |
| | : | 1:15-cv-4354-RWS |
| **-against-** | : | **Jury Trial Demand** |
| | : | |
| **THE BOARD OF REGENTS OF THE** | : | |
| **UNIVERSITY SYSTEM OF GEORGIA,** | : | |
| **GEORGE P. "BUD" PETERSON,** | : | |
| **individually and as agent of the Georgia** | : | |
| **Institute of Technology, PETER** | : | |
| **PAQUETTE, individually and as agent of** | : | |
| **the Georgia Institute of Technology,** | : | |
| **JOHN M. STEIN, individually and as** | : | |
| **agent of the Georgia Institute of** | : | |
| **Technology, RETA PEKOWSKY, as** | : | |
| **agent of the Georgia Institute of** | : | |
| **Technology,** | : | |
| | : | |
| **Defendants.** | : | |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff respectfully requests, pursuant to Federal Rule of Civil Procedure 65(a), that this Court grant a preliminary injunction enjoining Defendants from enforcing a decision to expel him from the Georgia Institute of Technology and allowing him to attend class when the spring semester begins on January 11, 2016.    In light of the urgency of this motion, Plaintiff requests an

KH364954.DOCX

expedited briefing and hearing schedule.   In support of this motion, Plaintiff submits the attached Brief in Support.

Respectfully submitted this 15th day of December, 2015.

/s/ *Jonathan E. Hawkins*
Jonathan E. Hawkins
Georgia Bar No. 338779
hawkins@khlawfirm.com
Christopher E. Adams
Georgia Bar No. 789600
adams@khlawfirm.com

KREVOLIN & HORST, LLC
1201 W. Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, GA 30309
(404) 888-9700
(404) 888-9577 (facsimile)

-and-

Andrew T. Miltenberg, Esq.
(motion for admission *pro hac vice*
 to be filed)
Jeffrey S. Berkowitz, Esq.
(motion for admission *pro hac vice* to
be filed)
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
jberkowitz@nmllplaw.com

*Attorneys for Plaintiff John Doe*

## CERTIFICATION UNDER L.R. 7.1D.

Pursuant to Northern District of Georgia Civil Local Rule 7.1D, the undersigned counsel certifies that this is a computer document and was prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1C.

This 15th day of December, 2015.

/s/ *Jonathan E. Hawkins*
Jonathan E. Hawkins
Georgia Bar No. 338779