# **Exhibit A**

Georgia Tech investigating 'rapebait' e-mail - The Washington Post                                11/19/15, 2:17 PM

# The Washington Post

Answer Sheet
# Georgia Tech investigating 'rapebait' e-mail

By Valerie Strauss   October 8, 2013

Georgia Tech university officials are investigating reports that an undergraduate member sent an email to fellow fraternity members that provided a lewd, detailed guide on "luring rapebait."

The Atlanta Journal-Constitution reported that that Georgia Tech officials gave the newspaper a statement that said:

> "Georgia Tech is aware of this incident, and its Office of Student Integrity is currently engaged in an investigation to determine the facts. Phi Kappa Tau's national office, as well as Tech's student-led Interfraternity Council, are also reviewing the matter to determine whether to take any independent action. The Institute does not condone this type of behavior and continues to provide resources and education designed to create a supportive campus environment for all students, even those who exercise extremely poor judgment."

According to the newspaper, the Phi Kappa Tau fraternity placed itself on probation when university officials received a copy of the email in mid-September, and suspended the member believed to have sent the email.

The national office of the fraternity also issued a statement to the newspaper calling the e-mail "extremely inappropriate" and saying that organization officials were working to "bring this matter to a swift resolution."

One former frat member told WSB-TV News in Atlanta that the e-mail was "a joke" and that originally only about 15 members were supposed to see it.

Some joke.