# Exhibit F



// NEWS

4 • October 30, 2015 • technique

# Expelled student speaks about his OSI ruling

**MAURA CURRIE**
CONTRIBUTING WRITER