# **Exhibit G**

upload images    Search    sign in    sign up

# The Imgur Mobile App Has Been Upgraded!
Now with Search, Upload, and Grid View

Get App

Uploaded 2 days ago

< Next Post >

Most Viral Images
sorted by popularity

On Sept. 4th I was expelled from tech for sexual assault. A girl reported that I had assaulted her on April 17th, but didn't report it until late July. But what happened that night?
The day before there are text messages of Her asking to get hammered, and she asks if I'm looking for a friends with benefits. She plans to come over to drink and have sex with me. Then on April 17th she comes over with some friends. Her roommate told Georgia Tech OSI that Her had only 1 beer the entire night she was there. So her own roommate says she only has 1 drink over a 4 hour period. I have text messages between Her and I 20 minutes before sex and she was saying she was fine. She even admitted to consenting to sex but says halfway through I put my arm around her mouth while she tried to scream for help then she blacks out. But how do you black out with only 1 beer over 4hours ago. Then one hour more of sex for a total of 3 and she leaves my room and talks to 7 people in my kitchen and she was fine.

April 18th after she comes to my rugby game and there was witnesses that she was pointing at me and giggling to her friends. That's not what someone who was sexually assaulted would do. In interviews multiple people said later she was upset because I acted like she didn't exist. Then later that night at a party I have a bottle of vodka and am passed out on a couch and two witnesses saw her make out with me when I was unconscious.
Then on the 19th she comes to my room and sits there for three hours crying when I said it was a one night thing and I didn't like her. There were even texts that she was upset about the 18th, not the 19th because I ignored her. The following week I attempted suicide. 5 days later I'm released from the hospital and tell my friends (including her) in a group message what I did. She says she wants to be friends but she needs time. I agree because I know she is emotional. She comes to my house in June for a rugby meeting, then in July tells the school I assaulted her. After I was expelled she came to the men's rugby games that I was not allowed to go to because I'm never allowed on campus again. Why would someone who was assaulted go to a rugby game that would remind her of her assailant? They wouldn't.

The whole case was a big disgrace. GT is known as one of the smartest schools in the nation. But their investigator who expelled me has had two days of sexual assault experience in her life. The investigator asked me why I apologized after my suicide attempt. She believed my suicide attempt was because I was guilty of sexual assault? She knew nothing of my life but just jumps to conclusions to expel me. She did two days of PowerPoints over the summer and could determine me responsible? She wouldn't even question key witnesses that saw me immediately after sex. Like what kind of system is this? I asked to submit a form that she assaulted me because I had witnesses that I was unconscious as she got on top of me and made out with me. GT OSI refused to even take my case though. That's fucked up. I don't know if it was cause I'm a guy

I never understood why someone would lie about this when there are so many girls who have been assaulted and never got justice, and here is a girl who is trying to take my life away for no reason. But then OSI informed me ████ got 2 F's to turn to incompletes because she was a sexually assaulted survivor. I attempted suicide 2 hours after a final in a class I knew I would fail. I never got that F to be an incomplete. She was able to yell "rape" and can make her grades disappear. Is that how serious grades are at Georgia Tech?

I don't want pity. I want people to know how serious people take this school. They are willing to try and pull the pity card to get a few grades to disappear and make someone they don't like to get expelled. Is a few grades worth taking my education, my job, and my friends away? And Georgia Tech lets students get away with it. I know I'm not the first that this has happened to and it's a difficult thing to speak out against. But all the signs show I did nothing, and it was just some girl was upset she couldn't have me and so she used it to make grades disappear and to ruin me and she got away with it.

I just ask that you share this so the students of GT can be aware of what happens to you if someone doesn't like you.



5

14

Love Imgur? Join our team!

about
store
help
blog
terms
privacy
apps
api
advertise
ad choices

Follow
Like

 1,858 views

≡ Post Options