# Exhibit H

4. Paper
Complete by: Friday, October 31, 2014
You must read the book Guyland by Michael Kimmel and write a 5 page reflection paper about the book, your reactions to it, and how it may or may not apply to your situation. This is due via e-mail in proper format to ppaquette3@gatech.edu by 5pm on the due date.

Please note any deadlines associated with the sanction(s) you have been assigned. Failure to complete any sanction requirements by applicable deadlines may result in additional charges and/or a hold being placed on your records. It is important to note that the removal of a hold can take up to 48 hours.

You may appeal this decision according to the guidelines set forth in the *Student Code of Conduct*, Section G.1. (Reasons for Appeal). The appeal must be written by you and addressed to John M. Stein, Dean of Students. This appeal letter must be submitted to the Office of Student Integrity via the link below by 5 pm on the 5th business day from the date of this letter.

To appeal, you must click on this link: https://gatech-advocate.symplicity.com/u/kchffsHc and complete the appeal form. If you would like to submit any supplementary information with your appeal and it cannot be attached when completing the appeal form, it must be hand delivered to the Office of Student Integrity in the Smithgall Student Services Building (Flag Building), Suite 203 by 3:00 pm on the date that you submit your appeal.

All the materials used to resolve this case will automatically be included with your appeal letter when sent to the Appellate Officer. Decisions of the Appellate Officer go into effect immediately, per the *Student Code of Conduct* Section G.3 and are the final decision of the Institute.