AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV- 4354

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Georgia Board of Regents

was received by me on *(date)* 12/16/2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kimberly Ballard Washington, who is designated by law to accept service of process on behalf of *(name of organization)* Assistant Vice Chancellor for Legal Affairs authorized to accept service of process on *(date)* 12/17/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/17/2015

*Server's signature*

John Fox, Process Server
*Printed name and title*

P.O. Box 104
Kennesaw, GA 30152

*Server's address*

Additional information regarding attempted service, etc:
SERVICE OF PROCESS WAS PERFECTED UPON THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, BY SERVING KIMBERLY BALLARD-WASHINGTON, LOCATED AT 270 WASHINGTON STREET, SW, ATLANTA, GA 30334 @ 1:40PM.
SERVICE OF PROCESS WAS PERFECTED BY SERVING A FILED COPY OF THE FOLLOWING:
SUMMONS, VERIFIED COMPLAINT, CIVIL COVER SHEET, PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE COMPLAINT AS PSEUDONYMOUS PLAINTIFF, PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION