AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-4354

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* George P. "Bud" Peterson, President
was received by me on *(date)* 12/16/2015.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynn M. Durham, who is
designated by law to accept service of process on behalf of *(name of organization)* George P. "Bud" Peterson,
President on *(date)* 12/17/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/17/2015

*Server's signature*

John Fox, Process Server
*Printed name and title*

P.O. Box 104
Kennesaw, GA 30156

*Server's address*

Additional information regarding attempted service, etc:
SERVICE OF PROCESS WAS PERFECTED UPON GEROGE P. "BUD" PETERSON, BY SERVING LYNN M. DURHAM, ASSISTANT VICE PRESIDENT AND CHIEF OF STAFF, LOCATED AT 225 NORTH AVENUE, ATLANTA, GA 30332 @ 11:30AM. LYNN M. DURHAM STATED SHE IS AUTHORIZED TO ACCEPT SERVICE OF PROCESS FOR GEORGE P. "BUD" PETERSON, PRESIDENT.
SERVICE OF PROCESS WAS PERFECTED BY SERVING A FILED COPY OF THE FOLLOWING:
SUMMONS, VERIFIED COMPLAINT, CIVIL COVER SHEET, PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE COMPLAINT AS PSEUDONYMOUS PLAINTIFF, PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION