IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 1:15-CV-4354-RWS |
| | ) | |
| The Board of Regents for the | ) | |
| University System of Georgia, | ) | |
| G.P. "Bud" Peterson, | ) | |
| John Stein, and Peter | ) | |
| Paquette, in their individual and | ) | |
| official capacities and Reta | ) | |
| Pekowsky as agent of the Georgia | ) | |
| Institute of Technology) | ) | |
| | ) | |
| Defendants. | ) | |

**REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE BRIEF TO THE MOTION FOR PRELIMINARY INJUNCTION**

COME NOW Defendants, by and through counsel, the Attorney General for the State of Georgia, and hereby file this reply in support of their motion for extension of time to respond to Plaintiff's Motion for Preliminary Injunction.

Plaintiff served the instant action on December 17, 2015, one day before the University closed for the semester break. While counsel for the Defendants has diligently attempted to prepare a comprehensive response to Plaintiff's motion,

these efforts have been hampered by the University's closure for the holidays and absence of witnesses as a result of preplanned travel and holiday plans. While the Defendants have all attempted to be available it has been exceedingly difficult to prepare a comprehensive response. Defendants are asking for a two day extension (the brief is due Thursday the 31st and Defendants are seeking an extension until Monday the 4th). In the event a reply is necessary, Plaintiff would have 2 days to complete it. Defendants request is reasonable. Plaintiff's objection is without merit.

Respectfully submitted this 30th day of December, 2015.

        SAMUEL S. OLENS    551540
        Attorney General

        KATHLEEN M. PACIOUS    558555
        Deputy Attorney General

        s/DEVON ORLAND
        Georgia Bar No. 554301
        Senior Assistant Attorney General

## CERTIFICATE PURSUANT TO L.R. 7.1D

I hereby certify that this motion and brief conform to the requirements of L.R. 5.1C. This brief is written in 14 point New Times Roman font.

> */s/Devon Orland*
> DEVON ORLAND

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically a Reply in Support of Defendants' Motion for Extension with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Plaintiff's attorneys of record:


Jonathon Hawkins
Christopher Adams

This 30th day of December, 2015.

                                                */s/Devon Orland*
                                                DEVON ORLAND 554301