

**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

OFFICE OF LEGAL AFFAIRS
270 WASHINGTON ST., SW
ATLANTA, GEORGIA 30334

PHONE (404) 962-3255
FAX (404) 962-3264
USG-LEGAL@USG.EDU

January 4, 2016

RE:   Application for Review
      Georgia Institute of Technology

Dear Mr.

Pursuant to Board of Regents Policy 8.6 Application for Discretionary Review, your application was considered by a committee convened by this office. This committee was composed of the Associate Vice Chancellor for Academic Affairs; Vice Chancellor for Human Resources; Vice Chancellor for Student Affairs; and the Vice Chancellor for Legal Affairs' designee.

Please be advised that after review and careful consideration, the committee has decided to reverse the institution's finding of responsibility; reverse the sanction of expulsion; and affirm your reinstatement, effective immediately. Georgia Institute of Technology Title IX Coordinator J. Burns Newsome and Office of Legal Affairs Managing Attorney Kate Wasch will coordinate your reinstatement, and will be in contact with further instructions.

Sincerely,

Kimberly Ballard-Washington
Assistant Vice Chancellor for Legal Affairs

KBW/kat

c:    President G.P. "Bud" Peterson
      Managing Attorney Kate Wasch
      Title IX Coordinator J. Burns Newsome