IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| John Doe. | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| V. | ) | 1:15-CV-4354-RWS |
| | ) | |
| The Board of Regents for the | ) | |
| University System of Georgia. Et al | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COME NOW, Defendants, by and through counsel, the Attorney General of the State of Georgia, moves to dismiss Plaintiff 's Complaint against pursuant to 12 (b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiff's Complaint is due to be dismissed because (1) he fails to state a claim; (2) Defendants are entitled to Eleventh Amendment, Sovereign and Qualified Immunity and (3) Plaintiff's claims for injunctive relief are moot.

Respectfully submitted this 8th day of January, 2016.

      SAMUEL S. OLENS   551540
      Attorney General

      KATHLEEN M. PACIOUS 558555
       Attorney General

      /s/DEVON ORLAND   554301
      Senior Assistant Attorney General

CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

s/Devon Orland
bar no. 554301
Sr. Assistant Attorney General

40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 463-8850 (Telephone)
(404) 651-5304 (Fax)
Email:  dorland@law.ga.gov

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day January 8, 2016 served the within and foregoing **Defendants' Motion to Dismiss** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jonathon Hawkins
Christopher Adams
Andrew Miltenberg
Jeffrey Berkowitz

                                              s/ Devon Orland
                                              Bar No. 554301
                                              Counsel for Defendants