IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 1:15-CV-4354-RWS |
| | ) | |
| The Board of Regents for the | ) | |
| University System of Georgia, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

COMES NOW Plaintiff John Doe, and Defendants The Board of Regents for the University System et al. (the "Parties"), through their counsel of record, and respectfully file this stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), voluntarily dismissing this case with prejudice. All parties shall bear their own fees and costs.

Respectfully submitted this 8th day of July, 2016

/s/ *Jonathan E. Hawkins*
Jonathan E. Hawkins
Georgia Bar No. 338779
hawkins@khlawfirm.com
Christopher E. Adams
Georgia Bar No. 789600
adams@khlawfirm.com

KH384511.DOCX

KREVOLIN & HORST, LLC
1201 W. Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, GA 30309
(404) 888-9700
(404) 888-9577 (facsimile)

-and-

Andrew T. Miltenberg, Esq.
(admitted *pro hac vice*)
Jeffrey S. Berkowitz, Esq.
(admitted *pro hac vice*)
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
jberkowitz@nmllplaw.com

*Attorneys for Plaintiff John Doe*

/s/ *Devon Orland*
Devon Orland
Georgia Bar No. 554301
dorland@law.ga.gov


40 Capitol Square. S.W.
Atlanta. GA 30334-1300
(404) 463-8850 (Telephone)
(404) 651-5304 (Fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing **STIPULATION OF DISMISSAL** was filed electronically with the Court. Notice of this filing will be sent to counsel of record for the Defendants via the Court's CM/ECF filing system.

Respectfully submitted this 8th day of July, 2016.

/s/ *Jonathan E. Hawkins*
Jonathan E. Hawkins
Georgia Bar No. 338779
hawkins@khlawfirm.com
Christopher E. Adams
Georgia Bar No. 789600
adams@khlawfirm.com

KREVOLIN & HORST, LLC
1201 W. Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, GA 30309
(404) 888-9700
(404) 888-9577 (facsimile)

-and-

Andrew T. Miltenberg, Esq.
(admitted *pro hac vice*)
Jeffrey S. Berkowitz, Esq.
(admitted *pro hac vice*)
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com

jberkowitz@nmllplaw.com

*Attorneys for Plaintiff John Doe*

/s/ *Devon Orland*
Devon Orland
Georgia Bar No. 554301
dorland@law.ga.gov


40 Capitol Square. S.W.
Atlanta. GA 30334-1300
(404) 463-8850 (Telephone)
(404) 651-5304 (Fax)

*Attorneys for Defendants*

KH384511.DOCX